From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. GEORGE RAMBERG, Jr., Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 20 years, imposed on September 15, 1966, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change will be made in the sentence heretofore imposed.

The reason for the above decision: A careful consideration of the evidence offered is not deemed sufficient to justify any change in the sentenced heretofore imposed and, therefore, the Petition is denied.

DATED this 2nd day of October, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.

From: The District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. CLARENCE SOWA, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 14 years, imposed on June 26, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence imposed be reduced from 14 years to 4 years.

The reason for the above decision: A careful consideration of the history of the above named defendant, the nature of his offenses, and the surrounding circumstances is such that it is the view of the Sentence Review Division that the sentence imposed should be reduced to the term of 4 years at the State Prison and that an appropriate Amended Judgment be imposed by the Hon. Sid G. Stewart.

DATED this 2nd day of October, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.